# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

**Tonya R. Powell**

    vs.

**Enid Williams, et al**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:06-CV-781

____   **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFF'S COMPLAINT IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED AUGUST 2, 2006.

Dated:  October 4, 2006

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
By:  Deputy Clerk